IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation, | * * * * * * * * * * * |
| Plaintiffs, | * |
| | * CASE NO: 7:05-cv-94(HL) |
| vs. | * |
| KELVIN EUGENE BROWN, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's ORDER dated February 15, 2006, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiffs and against Defendant Kelvin Eugene Brown as follows:

(a) In the amount of $6,750.00 as statutory damages and $390.00 as costs, plus interest on both amounts from the date of entry of judgment at the legal rate of 4.60 percent.

(b) Defendant is also enjoined from directly or indirectly infringing on Plaintiffs' rights under federal or state law in the copyrighted sound recordings listed in paragraph 3 of the Court's Order of February 15, 2006.

(c) Defendant shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

This the 16th day of February, 2006.

*GREGORY J. LEONARD, CLERK*

BY:  s/Robin Walsh
U. S. Deputy Clerk

Approved:

**s/   Hugh Lawson**
Hon. Hugh Lawson
United States District Judge